IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BRUCE A. LING, JR.,

    Plaintiff,
v.                               Case No. 4:17cv263-MW/CAS

SECRETARY JULIE JONES, et al.,

    Defendants.
_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 14, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 15. Accordingly,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's second amended complaint, ECF No. 13, is **DISMISSED** for failure to state a claim upon which relief may be granted." The Clerk shall close the file.

**SO ORDERED on October 23, 2017.**

                                        s/Mark E. Walker             
                                        **United States District Judge**